IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV - 1 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. B-00-407 |
| ENRIQUE GERARDO GUZMAN ESTRELLA, | § | |

### OPINION & ORDER

BE IT REMEMBERED that on October 31, 2006, the Court **DENIED** Defendant's Motion. Dkt. No. 33.

Defendant moves the Court to order that his federal sentence is to run concurrently with his state court sentence. The Court **DENIES** this request. Defendant's federal sentence is **ORDERED** to run consecutive to his state court sentence.

DONE at Brownsville, Texas, this 31 day of October, 2006.

Hilda G. Tagle
United States District Judge

-1-